UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――――

No. 02-1399

―――――――――――

FRANCIS AKINRO,

Plaintiff - Appellant,

versus

FIREMAN ABINA GBENGA; MRS. WILLIAMS (Iya
Alake),

Defendants - Appellees.

―――――――――――

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Catherine C. Blake, District Judge. (CA-
01-4188-CCB)

―――――――――――

Submitted: July 18, 2002                Decided: July 23, 2002

―――――――――――

Before WIDENER, LUTTIG, and GREGORY, Circuit Judges.

―――――――――――

Affirmed by unpublished per curiam opinion.

―――――――――――

Francis Akinro, Appellant Pro Se.

―――――――――――

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Francis Akinro appeals the district court's order denying his motion for recusal and denying reconsideration of a previous order that dismissed his civil action as frivolous. We have reviewed the record and the district court's order and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Akinro v. Gbenga, No. CA-01-4188-CCB (D. Md. filed Apr. 1, 2002; entered Apr. 2, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED